### 25369. WOMACK v. CITY OF GRIFFIN.

GUERRY, J. This case is controlled by the ruling made in Smith v. Whiddon, 138 Ga. 471 (75 S. E. 635), and Roberts v. Eatonton, 50 Ga. App. 592 (179 S. E. 144). The court did not err in overruling the certiorari. Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.

DECIDED JANUARY 10, 1936.

R. L. Addleton, for plaintiff in error.